PROB 12B
(7/93)

Report Date: March 24, 2008

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 25 2008

JAMES R. LARSEN, CLERK
DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jimmy Marshall Player

Case Number: 2:00CR00122-001
2:01CR00095-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 5/2/2002

Type of Supervision: Supervised Release

Original Offense:
- Possession with Intent to Distribute Over 5 Grams of Cocaine Base
- Failure to Appear

Date Supervision Commenced: 03/21/2008

Original Sentence: Prison - 97 Months; TSR - 48 Months; on 03/11/2008, imprisonment was reduced to Time Served, all other conditions remain in effect

Date Supervision Expires: 03/20/2012

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

4. You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances

### CAUSE

The defendant has a history of substance abuse. At the time of sentencing, the Court did require a substance abuse evaluation and participation in any recommended treatment, including aftercare. It appears that the urinalysis testing condition was inadvertently not imposed. It is requested that the defendant's conditions of supervised release be modified to include the above special condition. Mr. Player has agreed to this proposed modification.

It is respectfully recommended that the attached Waiver of Hearing to Modify Conditions of Supervised Release be adapted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 24, 2008

Craig W. Haraga
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

3/25/08

Date